UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN KINFORD, ) | | 3:12-CV-0096-LRH (VPC) |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | April 23, 2012 |
| ) | | |
| SOCIAL SECURITY ) | | |
| ADMINISTRATION, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff has filed an application to proceed *in forma pauperis* in an action involving the Social Security Administration (#3). At present, plaintiff is incarcerated by the Nevada Department of Corrections in the Northern Nevada Correctional Center. *Id.* Plaintiff's application to proceed *in forma pauperis* (# 1) is **GRANTED.** However, pursuant to 28 U.S.C. § 1915(b), plaintiff must pay the entire filing fee even if this action is dismissed. The Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account (inmate #64984), in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action. The Clerk of the Court shall **SEND** a copy of this order to the Finance Division of the Clerk's Office. The Clerk shall also **SEND** a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

   The Clerk shall **DETACH** and **FILE** the complaint. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This order granting leave to proceed *in forma pauperis* shall not extend to the issuance of subpoenas at government expense.

Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service

IT IS FURTHER ORDERED that the clerk of the court shall **ISSUE** summons to the following:

>Michael Astrue, Commissioner
>Social Security Administration
>Office of General Counsel
>Room 611 Almeyer Building
>6401 Security Boulevard
>Baltimore, MD  21235
>
>U.S. Attorney General
>U.S. Department of Justice
>Ninth and Pennsylvania
>Washington, D.C.  20530
>
>United States Attorney
>100 W. Liberty Street, #600
>Reno, Nevada 89501

The clerk shall deliver the summons to the U.S. Marshal for service.  The clerk shall send plaintiff sufficient copies of the complaint and service of process forms (USM-285) for each defendant.  Plaintiff shall have twenty (20) days in which to return to the required forms USM-285 to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, Nevada  89501.

Plaintiff's motion for a status check (#4) is **DENIED as moot**.

**IT IS SO ORDERED.**

        LANCE S. WILSON, CLERK

By:_____/s/_____
        Deputy Clerk