# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD, | 3:12-CV-0096-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 27, 2012 |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to correct filing fee (#10) is **DENIED**. The plaintiff in this action has sued the social security administration for injunctive relief concerning his disability benefits (#6). The correct filing fee for a civil action is $350.00.

Pursuant to the court's order granting *in forma pauperis* status (#5), the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account (inmate #64984), in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action.

The Clerk shall **SEND** to plaintiff a copy of the U.S. District Court's Schedule of Fees and a copy of the court's order granting *in forma pauperis* status (#5).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk