UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| STEVEN KINFORD, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-cv-00096-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#32[1]) entered on September 18, 2013, recommending striking Plaintiff's Petition (#27) filed on March 28, 2013, and denying as moot Defendant's Motion to Dismiss (#28) filed on April 12, 2013. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#32) entered on September 18, 2013, should be adopted and accepted.

---

[1] Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#32) entered on September 18, 2013, is adopted and accepted, and Plaintiff's Petition (#27) is STRICKEN.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (#28) is DENIED as moot.

IT IS FURTHER ORDERED that Petitioner shall not file any further documents in this matter.

IT IS SO ORDERED.

DATED this 9th day of January, 2014

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2